UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| | : | GRAND JURY ORIGINAL |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| | : | |
| | : | 21 U.S.C. § 959, 960 |
| LUIS ENRIQUE RENTERIA ARBOLEDA, | : | |
| | : | (Distribution of Five Kilograms or More |
| a/k/a "Dormido" | : | of Cocaine Intending and Knowing |
| | : | that the Cocaine Will Be Unlawfully |
| | : | Imported into the United States) |
| | : | |
| | : | 18 U.S.C. §2 |
| Defendant. | : | (Aiding and Abetting) |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Between on or about October and November 2006, in the Republic of Panama, LUIS ENRIQUE RENTERIA ARBOLEDA, did knowingly and intentionally distribute or cause the distribution of five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States.

1

All in violation of Title 21, United States Code, Sections 959 and 960, and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The violation alleged in Count One is realleged and incorporated by reference herein.

As a result of the offense alleged in Count One, the defendant named in Count One shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all respective right, title or interest which such defendant may have in (1) any and all money and/or property constituting, or derived from, any proceeds which such defendant obtained, directly or indirectly, as the result of the violation alleged in Count One of this Indictment; and (2) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violation alleged in Count One of this Indictment.

If any of said forfeitable property, as a result of any act or omission of the defendant - -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property.

Criminal Forfeiture, in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON.

Ken Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20005

By: _____
Kia M. Habisreitinger, Trial Attorney
Glenn C. Alexander, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20005
(202) 353-0371